NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGUERITE SCOTT, | ) | No. C 10-04514 JF (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| CENTRAL CALIFORNIA WOMENS FACILITY, | ) | |
| Defendant. | ) | |

On October 6, 2010, Plaintiff, a state prisoner, filed a letter stating that she wished to seek relief for the denial of "Milestones credits at CCWF" and to challenge other prison conditions. (Docket No. 1.) On the same day, the clerk of the Court sent Plaintiff a notice that she had failed to attach a complaint or other pleadings and that she must submit a complaint. (Docket No. 2.) Plaintiff was also sent a separate notice that she had failed to file an In Forma Pauperis Application or pay the filing fee. (Docket No. 3.) Both notifications included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days. (Id.) The deadline has since passed, and Plaintiff has failed to comply. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

DATED: 2/2/11

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.10\Scott04514_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARGUERITE SCOTT,

        Plaintiff,

v.

CENTRAL CALIFORNIA WOMENS FACILITY,

        Defendant.
        /

Case Number: CV10-04514 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/23/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marguerite Scott WA5510
Central CA Womens Facility
P.O. Boc 1508
510-8-1L
Chowchilla, CA 93610

Dated: 2/23/11

        Richard W. Wieking, Clerk